IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
SIXTEENTH JUDICIAL CIRCUIT

| | |
|---|---|
| ADRIENNE JENSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2016-CV13141 |
| v. ) | |
| ) | |
| UNITED STATES TENNIS ) | |
| ASSOCIATION ("USTA"), KANSAS ) | |
| CITY RACQUET CLUB, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING REMOVAL PLEADING TO FEDERAL COURT

COMES NOW United States Tennis Association, Inc., by and through its counsel of record, and provides Notice pursuant to 28 U.S.C. § 1446(d), that it has filed a Notice of Removal with the United States District Court for Western District of Missouri, removing the above-captioned action from this Court.

A copy of the Notice of Removal without attachments is attached hereto as *Exhibit A*.

Respectfully submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

*/s/ Derek G. Johannsen*
Derek G. Johannsen        MO #59195
Heather R. Hatley         MO #66701
8900 Ward Parkway
Kansas City, MO 64114
P: (816)421-7100
F: (816) 421-7915
djohannsen@fsmlawfirm.com
hhatley@fsmlawfirm.com
**ATTORNEYS FOR DEFENDANT USTA**

# CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Circuit Court, via the Missouri Courts e-Filing system, this 31st day of July 2020, which sent notification to:

Chris Dove, Esq.   MO #64641
DRZ Law. LLC
8700 State Line, Ste. 305
Leawood, KS 66206
chris@drzlawfirm.com

Jonathan Little, Esq. (pro hac pending)
Derrick Morgan, Esq. (pro hac pending)
Jessica Wegg, Esq. (pro hac pending)
Saeed and Little, LLP
133 W. Market St., #189
Indianapolis, IN 46204
(317) 721-9214
derrick@sllawfirm.com
jon@sllawfirm.com
annie@sllawfirm.com

Brian Cornwell, Esq. (pro hac pending)
Cornwell and Stevens
317 W. York Street
Savanah, Georgia 31401
(912) 417-4597
bcornwell@cornwellstevens.com

**ATTORNEYS FOR PLAINTIFF**


*/s/ Derek G. Johannsen*
**Attorney for Defendant USTA**